FILED
CLERK, U.S. DISTRICT COURT
OCT 2 4 2008
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

1
2
3
4
5
6
7
8                    UNITED STATES DISTRICT COURT
9                   CENTRAL DISTRICT OF CALIFORNIA
10
11 | UNITED STATES OF AMERICA,    ) Case No. 08-2637M
12 |            Plaintiff,         )
                                   ) ORDER OF DETENTION
13 |     v.                        )
                                   ) [Fed. R. Crim. P. 32.1(a)(6);
14 | VALENTIN LOPEZ-MARTINEZ,      ) 18 U.S.C. § 3143(a)]
                                   )
15 |            Defendant.         )
16 |_____)

17      The defendant, having been arrested in this District pursuant to a warrant issued by the
18 United States District Court for the Northern District of Texas for alleged violation(s) of the terms
19 and conditions of his probation/supervised release; and
20      The court, having conducted a detention hearing pursuant to Federal Rule of Criminal
21 Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a), finds that:
22 A.   (X) The defendant has not met his/her burden of establishing by clear and convincing
23      evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This
24      finding is based on (1) his lack of bail resources; (2) his unverified background; (3) his
25      undocumented immigration status; and (4) defendant submitted to detention request.
26      and/or
27 B.   ( ) The defendant has not met his/her burden of establishing by clear and convincing
28      evidence that he/she is not likely to pose a danger to the safety of any other person or the

community if released under 18 U.S.C. § 3142(b) or (c). This finding is based on:_____

_____

IT THEREFORE IS ORDERED, without prejudice, that the defendant be detained pending further revocation proceedings.

Dated: ____Oct. 24____, 2008.

_____
Fernando M. Olguin
United States Magistrate Judge